August 22, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD LEE ABRAM, Appellant

NO. 14-12-00010-CV                    V.

JOHN JAMES, IN HIS INDIVIDUAL CAPACITY, AND BIG JOHN
TRUCKING, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, John James, in his Individual Capacity, and Big John Trucking, LLC, signed, December 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Edward Lee Abram, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.